## LEVY *vs.* INGLISH.

HELD, that, where there was an omission, in this court, to enter a judgment for costs, where such judgment was proper, it will be entered at a subsequent term.

---

## BAILEY *vs.* RALPH.

HELD, that if, in replevin, there is judgment for the defendant, *de retorno habendo*, and an order for a writ of enquiry to assess damages, there is no final judgment from which an appeal lies to this court.